Daniel R. Watkins
Nevada State Bar No. 11881
DW@wl-llp.com
Eran S. Forster
Nevada State Bar No. 11124
eforster@wl-llp.com
WATKINS & LETOFSKY, LLP
8215 S. Eastern Ave., Ste. 265
Las Vegas, NV 89123
Office:(702) 901-7553; Fax: (702) 974-1297
Attorneys for Plaintiff Saeed Azizi

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SAEED AZIZI,<br>　　　　　　Plaintiff,<br>vs.<br>ELDORADO RESORTS CORPORATION, a Florida Corporation; MICHAEL MARRS; BRUCE POLANSKY; KRISTEN BECK; DOMINIC TALEGHANI; JAMES GRIMES; and DOES 1-50, inclusive,<br>　　　　　　Defendants. | Case No.: 2:15-cv-00755-RFB-PAL<br><br>**Joint Stipulation to Extend Time for Filing Pretrial Order** |

Pursuant to LR 6-1, 6-2 and 7-1, Plaintiff Saeed Azizi ("Plaintiff") and Defendant Eldorado Resorts Corporation ("Eldorado"), by and through their undersigned counsel, hereby request that the Pretrial Order Deadlines be extended as follows:

Saeed Azizi (Case No.: 2:15-cv-00755-RFB-PAL), Andrew Moser (Case No.: 2:15-cv-00757-RFB-PAL), Steven Olshansky (Case No.: 2:15-cv-01017-RFB-PAL) and Teresa Bouch (Case No.: 2:15-cv-01023-RFB-PAL) be extended from December 7, 2018 to December 21, 2018;

Gail Barnes (Case No.: 2:15-cv-01026-RFB-PAL), Marcella Parr (Case No.: 2:15-cv-01030-RFB-PAL), Don Parr (Case No.: 2:15-cv-01028-RFB-PAL), Julie Santovito (Case No.: 2:15-cv-01032-RFB-PAL) and Mohammed Ali Sekkat (Case No.: 2:15-cv-01029-RFB-PAL) be extended from December 21, 2018 to January 4, 2019; and

Joseph Cardinale (Case No.: 2:15-cv-01492-RFB-PAL), Raymond Coury (Case No.: 2:15-cv-01488-RFB-PAL), Ann Hanit Harel (Case No.: 2:15-cv-01497-RFB-PAL), Shan Iannazzo (Case No.: 2:15-cv-01494-RFB-PAL), Paula Newman (Case No.: 2:15-cv-01486-RFB-PAL) and Daniel Prussak (Case No.: 2:15-cv-01496-RFB-PAL) be extended from January 10, 2019 to January 18, 2019.

The parties seek the additional time to fully complete the Pre-Trial Orders, given the large number of orders being submitted. This request is not for purposes of delay.

Dated this 7th day of December, 2018.

| WATKINS & LETOFSKY, LLP | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| */s/* Eran S. Forster | */s/* Jill Garcia |
| Daniel R. Watkins<br>Eran S. Forster<br>8215 South Eastern Avenue, Suite 265<br>Las Vegas, NV 89123<br>Telephone: 702.901-7553<br>Attorneys for Plaintiff Saeed Azizi | Anthony L. Martin<br>Jill Garcia<br>Suite 1500<br>3800 Howard Hughes Parkway<br>Las Vegas, NV 89169<br>702.369.6800<br>Attorneys for Defendants Eldorado Resorts Corporation and Michael Marrs |

### IT IS SO ORDERED

DATED: December 14, 2018

_____
UNITED STATES DISTRICT JUDGE